



The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Corporations Division

October 2, 2025

**United States District Court**
**District of Massachusetts**
1 Courthouse Way
Boston, MA 02210

This will advise that according to the records of this office it appears that on **October 2, 2025 at 10:14 a.m.** process was served under the provisions of Chapter 156D, section 15.10 of the General Laws, in the case of:

**Timothy Edward Lopes**

v.

**Henry Pharris, et al**

returnable at <u>**U.S. District Court for the District of Massachusetts CA No. 4:25-CV-40082-MRG**</u> within 20 days after service of the summons, exclusive of the day of service, and that on **October 2, 2025** notice and a copy of such process were forwarded pursuant to section 15.10 of Chapter 156D of the General Laws to:

**Luxco, Inc.**
**540 Maryville Centre Drive, Suite 300**
**St. Louis, MO 63141**

_____
Adam Ellard
S.O.P.

One Ashburton Place, 17th Floor • Boston, Massachusetts 02108 • (617) 727-2853
www.sec.state.ma.us/cor



The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Corporations Division

October 2, 2025

**United States District Court**
**District of Massachusetts**
1 Courthouse Way
Boston, MA 02210

This will advise that according to the records of this office it appears that on **October 2, 2025 at 10:14 a.m.** process was served under the provisions of Chapter 156D, section 15.10 of the General Laws, in the case of:

**Yvette Yuri Lanuza Digan**

v.

**Henry Pharris, et al**

returnable at <u>**U.S. District Court for the District of Massachusetts CA No. 4:25-CV-11448-MRG**</u> within 20 days after service of the summons, exclusive of the day of service, and that on **October 2, 2025** notice and a copy of such process were forwarded pursuant to section 15.10 of Chapter 156D of the General Laws to:

Luxco, Inc.
540 Maryville Centre Drive, Suite 300
St. Louis, MO 63141

*Adam Ellard*
Adam Ellard
S.O.P.

One Ashburton Place, 17th Floor • Boston, Massachusetts 02108 • (617) 727-2853
www.sec.state.ma.us/cor