

**William Francis Galvin**
Secretary of the Commonwealth
Corporations Division
One Ashburton Place, 17th Floor
Boston, Massachusetts 02108-1512



BOSTON MA 020
2 OCT 2025 PM 10

ZIP 02108
02 1W  $000.74
0001403859 OCT 02 2025



United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

02210-300475

50% RECYCLED PAPER
30% POST-CONSUMER